(81 South. 205)

Ex parte POSTAL TELEGRAPH–CABLE CO. (8 Div. 157.)

(Supreme Court of Alabama. Feb. 6, 1919.)

Certiorari to Court of Appeals.

Action by the City of Decatur against the Postal Telegraph-Cable Company. Judgment for plaintiff was affirmed by the Court of Appeals (16 Ala. App. 684, 81 South. 204), and the Telegraph Company petitions for certiorari. Writ denied.

Eyster & Eyster, of Albany, and Rushton, Williams & Crenshaw, of Montgomery, for appellant.

Callahan & Harris, of Decatur, for appellee.

PER CURIAM. We think the writ should be denied, but we are not committed to all that is said in the opinion of the Court of Appeals, 16 Ala. App. 684, 81 South. 204. Writ denied.

ANDERSON, C. J., and McCLELLAN, SAYRE, and THOMAS, JJ., concur.

---

(81 South. 205)

WESTERN UNION TELEGRAPH CO. v. CITY OF DECATUR. (8 Div. 156.)

(Supreme Court of Alabama. Feb. 6, 1919.)

Certiorari to Court of Appeals.

Action by the City of Decatur against the Western Union Telegraph Company. Judgment for plaintiff was affirmed by the Court of Appeals (16 Ala. App. 679, 81 South. 199), and defendant petitions for certiorari. Writ denied.

Rushton, Williams & Crenshaw, of Montgomery, and Eyster & Eyster, of Albany, for appellant.

Callahan & Harris, of Decatur, for appellee.

PER CURIAM. Writ denied, on the authority of Ex parte Postal Telegraph-Cable Co. v. City of Decatur, supra, 81 South. 205.

---

For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

202 ALA.—38